[No. 58906-7-I. Division One. September 4, 2007.]

THE CITY OF SHORELINE, *Respondent*, v. ANTHONY CATANIA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-01253-4, Jim Rogers, J., entered September 11, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 25139-0-III. Division Three. September 4, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DALLIN D. FORT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00950-1, Salvatore F. Cozza, J., entered March 31, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 35015-7-II. Division Two. September 5, 2007.]

*In the Matter of the Welfare of* B.R.S.H. ET AL.

DANNIE HIGGINS ET AL., *Appellants*, v. JASON EVANS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-3-02604-7, Brian M. Tollefson, J., entered June 9, 2006. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Armstrong, J. Now published at 141 Wn. App. 39.

[No. 35085-8-II. Division Two. September 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO ENRIQUE VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00856-1, John F. Nichols, J., entered July 5, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.